Harold C. STROTZ, Appellant, v. RECON-
STRUCTION FINANCE CORPORA-
TION, Appellee.

No. 10909.

Circuit Court of Appeals, Ninth Circuit.

June 16, 1945.

Simon & Garbus, of Beverly Hills, Cal.,
for appellant.

Frank Michees, of Chicago, Ill., and
Jacob J. Lieberman, of Los Angeles, Cal.,
for appellee.

Before GARRECHT, MATHEWS, and
STEPHENS, Circuit Judges.

PER CURIAM.

For the reasons stated in its opinion, the
judgment of the lower court, 61 F.Supp.
565, vacating the order discharging the
debtor is affirmed.

UNITED STATES of America, Appellant, v.
BANK OF AMERICA, National Trust &
Savings Association, Appellee.

No. 11120.

Circuit Court of Appeals, Ninth Circuit.

Aug. 9, 1945.

Frank J. Hennessy, U. S. Atty., and
Albert S. Guerard, Asst. U. S. Atty., both
of San Francisco, Cal., for appellant.

Geo. D. Schilling, of San Francisco, Cal.,
for appellee.

Before GARRECHT, HEALY, and
BONE, Circuit Judges.

PER CURIAM.

Upon consideration of the stipulation of
counsel for the respective parties for dis-
missal of the appeal herein, and good cause
therefor appearing, it is ordered that the
appeal in this cause be dismissed, that a
judgment of dismissal be filed and entered
accordingly and that the mandate of this
court in this cause issue forthwith.

UNITED STATES of America v. Daniel
POLIDORI and Arthur Pasquariello,
Appellants.

No. 8874.

Circuit Court of Appeals, Third Circuit.

Submitted July 24, 1945.

Decided Aug. 24, 1945.

Anthony A. Calandra, of Newark, N. J.,
for appellants.

Thorn Lord, U. S. Atty., of Newark, N.
J., and Richard J. Hughes, Asst. U. S.
Atty., of Trenton, N. J., for appellee.

Before BIGGS, WALLER, and Mc-
LAUGHLIN, Circuit Judges.

PER CURIAM.

The judgment of the District Court is
affirmed.